LEWIS BRISBOIS BISGAARD & SMITH LLP
Marilyn R. Moriarty, SB# 89818
Rita R. Kanno, SB# 230679
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627
(rkanno@lbbslaw.com)

Attorneys for Defendants,
El Centro Regional Medical Center and Jerry Bullaro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA GASPAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF EL CENTRO, EL CENTRO REGIONAL MEDICAL CENTER, JERRY BULLARO, and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO. 07-CV-2171-JAH (NLS)<br><br>CERTIFICATION OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT<br><br>Action Filed: October 23, 2007 |

I, RITA R. KANNO, certify and declare as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of California and the United States District Court for the Central District of California. I am an associate of the law firm of Lewis, Brisbois, Bisgaard & Smith LLP, attorneys of record for defendants El Centro Regional Medical Center and Jerry Bullaro ("Defendants") in the above-entitled action. I have personal knowledge of the following facts and could and would testify competently to them under oath.

2. On November 13, 2007, I caused to be filed with the Clerk of the Superior Court of the State of California for the County of Imperial, a copy of Defendants' Notice that Action has been Removed to Federal Court, which included a copy of the Complaint, by leaving

1  such copy with a deputy clerk of the Court. A true and correct copy of the file stamped
2  copy of Defendants' Notice that Action has been Removed to Federal Court is attached
3  hereto.
4  I declare under penalty of perjury under the laws of the State of California and the United
5  States that the foregoing is true and correct.
6  Executed this 14th day of November 2007, at San Diego, California.

8  /s/ RITA R. KANNO
   RITA R. KANNO

550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540

TELEPHONE (619) 233-1006

LLP

4830-9757-7730.1

-2-

NOTICE OF REMOVAL TO FEDERAL COURT

PROOF OF SERVICE

Pamela Gaspar vs. City of El Centro., et al. - File No. 20380-452

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On November 14, 2007, I served the following document described as NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT on all interested parties in this action by placing [X] a true copy   [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| John W. Breeze, Esq.<br>PLOURD & BREEZE<br>1005 State Street<br>P.O. Box 99<br>El Centro, CA 92244-0099<br>  (760) 352-3130  Phone<br>  (760) 352-4763  Fax | Attorneys for Plaintiff<br>PAMELA GASPAR |
|---|---|

[X]     (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]     I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2007, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　   /s/KATHIE RICHMOND_____
　　　　　　　　　　　　　　　　　　　　  KATHIE RICHMOND

4830-9757-7730.1                                   -3-
NOTICE OF REMOVAL TO FEDERAL COURT