1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Marilyn R. Moriarty, SB# 89818
2  Rita R. Kanno, SB# 230679
   550 West "C" Street, Suite 800
3  San Diego, California 92101
   Telephone: (619) 233-1006
4  Facsimile: (619) 233-8627
   (rkanno@lbbslaw.com)
5

6  Attorneys for Defendants, City of El Centro
   El Centro Regional Medical Center and Jerry Bullaro
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | PAMELA GASPAR,                              ) CASE NO. 07-CV-2171-JAH (NLS)
                                                 )
12 |         Plaintiff,                          )
                                                 ) **JOINDER OF DEFENDANT CITY OF EL**
13 |    v.                                       ) **CENTRO IN NOTICE OF REMOVAL**
                                                 ) **UNDER 28 U.S.C. SECTION 1441(b)**
14 | CITY OF EL CENTRO, EL CENTRO                ) **(FEDERAL QUESTION)**
   REGIONAL MEDICAL CENTER, JERRY                )
15 | BULLARO, and DOES 1-20, inclusive,          )
                                                 ) Action Filed: October 23, 2007
16 |         Defendants.                         )
                                                 )
17

18         Defendant City of El Centro hereby joins in the "Notice of Removal under U.S.C. §

19 1441(b)" filed by defendants El Centro Regional Medical Center and Jerry Bullaro.

20 DATED: November 19, 2007         LEWIS BRISBOIS BISGAARD & SMITH LLP

21

22

23                                  By /S/ Rita R. Kanno
                                       Marilyn R. Moriarty
24                                     Rita R. Kanno
                                       Attorneys for Defendant
25                                     City of El Centro, El Centro Regional Medical Center
                                       and Jerry Bullaro

26

27

28

4842-4445-9778.1                         -1-

**PROOF OF SERVICE**
Pamela Gaspar vs. City of El Centro., et al. - File No. 20380-452

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

    On November 19, 2007, I served the following document described as **JOINDER OF DEFENDANT CITY OF EL CENTRO IN NOTICE OF REMOVAL ACTION UNDER 28 U.S.C. SECTION 1441(b) (FEDERAL QUESTION)** on all interested parties in this action by placing [X] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| John W. Breeze, Esq.<br>PLOURD & BREEZE<br>1005 State Street<br>P.O. Box 99<br>El Centro, CA 92244-0099<br>  (760) 352-3130  Phone<br>  (760) 352-4763  Fax | Attorneys for Plaintiff<br>PAMELA GASPAR |

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.)

    [ ]    I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    [X]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on November 19, 2007, at San Diego, California.

/s/
_____
KATHIE RICHMOND