**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Marilyn R. Moriarty, SB# 89818
Rita R. Kanno, SB# 230679
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627
(rkanno@lbbslaw.com)

Attorneys for Defendants, City of El Centro
El Centro Regional Medical Center and Jerry Bullaro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PAMELA GASPAR,

Plaintiff,

v.

CITY OF EL CENTRO, EL CENTRO REGIONAL MEDICAL CENTER, JERRY BULLARO, and DOES 1-20, inclusive,

Defendants.

CASE NO. 07-CV-2171-JAH (NLS)

**JOINT MOTION RE STIPULATION OF DISMISSAL OF ADEA CLAIM**

Action Filed: October 23, 2007

The parties hereto, by and through their respective attorneys of record, do hereby stipulate that plaintiff PAMELA GASPAR's Third Claim for Violation of 29 U.S.C. § 623, Age Discrimination in Employment Act ("ADEA"), is dismissed with prejudice as to all defendants

/ / /

/ / /

/ / /

/ / /

/ / /

pursuant to the attached Stipulation of Dismissal. Since there remains no federal question jurisdiction, the parties also agree to remand the case back to Superior Court.

DATED: November 26, 2007 PLOURD & BREEZE

By /S/ John W. Breeze
John W. Breeze
Attorney for Plaintiff
Pam Gaspar

DATED: November 26, 2007 LEWIS BRISBOIS BISGAARD & SMITH LLP

By /S/ Rita R. Kanno
Marilyn R. Moriarty
Rita R. Kanno
Attorneys for Defendant
City of El Centro, El Centro Regional Medical Center and Jerry Bullaro

LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**PROOF OF SERVICE**

Pamela Gaspar vs. City of El Centro., et al. - File No. 20380-452

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On November 27, 2007, I served the following document described as

**1. JOINT MOTION RE STIPULATION OF DISMISSAL OF ADEA CLAIM**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| John W. Breeze, Esq.<br>PLOURD & BREEZE<br>1005 State Street<br>P.O. Box 99<br>El Centro, CA 92244-0099<br>(760) 352-3130 Phone<br>(760) 352-4763 Fax | Attorneys for Plaintiff<br>PAMELA GASPAR |

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 27, 2007, at San Diego, California.

LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

/S/

KATHIE RICHMOND

LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800