UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA GASPAR, | ) CASE NO. 07-CV-2171-JAH (NLS) |
| Plaintiff, | ) **ORDER RE JOINT MOTION RE STIPULATION OF DISMISSAL OF ADEA CLAIM** |
| v. | ) |
| CITY OF EL CENTRO, EL CENTRO REGIONAL MEDICAL CENTER, JERRY BULLARO, and DOES 1-20, inclusive, | ) Action Filed: October 23, 2007 |
| Defendants. | ) |

Pursuant to the parties' Joint Motion to Dismiss the ADEA claim and to remand the action because there remains no federal question jurisdiction,

IT IS HEREBY ORDERED:

1. The joint motion to dismiss the ADEA claim with prejudice is GRANTED;

2. The joint motion to remand the case is GRANTED.  The action is remanded to Superior Court of the State of California, County of Imperial.

DATED: November 28, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge

4836-5391-5906.1

-1-

[PROPOSED] ORDER CASE NO. 07-CV-2171-JAH (NLS)